UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAYLA DARYIOSH and
ALBERT DARYIOSH,

    Plaintiffs,

v.                              Case No. 12-14021

TARGET CORPORATION,

    Defendant.
                                     /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment" dated July 31, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Target Corporation. Dated at Detroit, Michigan, this 31st day of July 2013.

                                                   DAVID J. WEAVER
                                                 CLERK OF THE COURT

                                                  s/ Lisa Wagner
                                       By: Lisa Wagner, Case Manager
                                          to Judge Robert H. Cleland